[Civil No. 715.   Filed March 28, 1900.]

[60 Pac. 875.]

## JOHN M. GARDINER, Appellant, v. J. J. GARDINER, Appellee.

1. APPEAL AND ERROR—ASSIGNMENT OF ERRORS—FAILURE TO MAKE—WAIVER OF ALL ERRORS NOT FUNDAMENTAL.—A failure to comply with the statutory requirements as to assignments of error amounts to a waiver of all errors which are not fundamental, and there being no assignment of error, and none appearing on the face of the record, the judgment must be affirmed.

APPEAL from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge. Affirmed.

The facts are stated in the opinion.

C. F. Ainsworth, and John D. Pope, for Appellant.

Baker & Bennett, for Appellee.

PER CURIAM.—No assignments of error have been filed by appellant or appear in the briefs filed. We have so often decided that a failure to comply with the statutory requirement as to assignments of error amounts to a waiver of all errors which are not fundamental, as to render it a work of supererogation to do more than again call attention to these rulings and the imperative requirement of the statute. In the absence of any assignment of error, and none appearing upon the face of the record, the judgment must be affirmed.